# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

In Re:

    306 21st ST. LLC

                          Debtor(s)

---------------------------------------------------x

Case No. 24-43661

Chapter 11

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: SEPTEMBER 4, 2024

                          306 21st ST. LLC

                          by /s/ [signature]
                          Debtor  MANAGING MEMBER

                          ~~Joint Debtor~~
                          s/ [signature]
                          Attorney for Debtor

USBC-44                                                                                                      Rev. 11/15

U.S. BANK NATIONAL ASSOCIATION
c/o Friedman Vartolo, LLP
85 Broad Street
Suite 501
New York, New York 10004