U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IN RE:

          306 21 ST ST, LLC

               Debtor

----------------------------------------------------------------x

File No. 24-43661

LLC OWNERSHIP STATEMENT

The undersigned hereby declares under penalty of perjury under the laws of the United States that the following is true and correct; that he is the sole Member of the Debtor, 306 ST ST, LLC and makes this statement pursuant to FBR 1007(a)(1), to wit:

That these are no entities that directly or indirectly have an ownership in the Debtor of the (10%) percent or more in the equity thereof.

Dated: Brooklyn, New York
      September 11, 2024

                                    *Sal Garzillo*
                              _____
                               SALVATORE GARZILLO